IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*August 31, 2016*
.......

UNITED STATES OF AMERICA   §

§

v.   §    **CRIMINAL NO.**    **H 16-385**

§

SUNNY MAHASHANKAR JOSHI   §    **UNDER SEAL**
a.k.a. "SHARAD ISHWARLAL JOSHI"

David J. Bradley, Clerk of Court

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
18 U.S.C. § 1542
(False Statement in Application for Passport)

On or about April 29, 2008, within the Southern District of Texas,

**SUNNY MAHASHANKAR JOSHI**
**a.k.a. "SHARAD ISHWARLAL JOSHI"**

did willfully and knowingly make a false statement in an application for a passport with intent to

induce and secure for his own use the issuance of a passport under the authority of the United

States, contrary to the laws regulating the issuance of such passports and the rules prescribed

pursuant to such laws, in that in such U.S. Passport Book application the defendant stated "no" to

the question of whether he had ever used a different name, which statement he knew to be false,

in violation of Title 18, United States Code, Section 1542.

<u>COUNT 2</u>
18 U.S.C. § 1542
(False Statement in Use of Passport)

On or about October 5, 2010, within the Southern District of Texas,

**SUNNY MAHASHANKAR JOSHI**
**a.k.a. "SHARAD ISHWARLAL JOSHI"**

did willfully and knowingly use and attempt to use any passport, the issue of which was secured

in any way by reason of any false statement, namely that in an application for a U.S. Passport

Card the defendant provided passport number 444824645, which the defendant knew to be the

number of a passport fraudulently obtained, in violation of Title 18, United States Code, Section

1542.

Kenneth Magidson
United States Attorney
Southern District of Texas

BY_____
C.M. Feazel
Assistant United States Attorney
Southern District of Texas

Leslie R. Caldwell
Assistant Attorney General

BY_____
Hope S. Olds
J. Michael Sheckels
Trial Attorneys-U.S. Department of Justice
Criminal Division
Human Rights and Special Prosecutions

A TRUE BILL:
**ORIGINAL SIGNATURE ON FILE**

_____
FOREMAN OF _____ GRAND JURY